UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Victoria Sechrist and J.R.S., a minor,    )
    )
    Plaintiff,    )
    )        **JUDGMENT**
v.    )
    )        No. 4:23-CV-204-RN
MARTIN O'MALLEY    )
*Commissioner of Social Security,*    )
    )
    Defendant.    )

**Decision by Court:**

**This matter is before the Court on Plaintiff's Briefs and the Commissioner's Response Brief.**

**IT IS ORDERED ADJUDGED AND DECREED:**
that the Court grants O'Malley's request for relief (D.E. 13), denies Sechrist's request for relief (D.E. 12), and affirms the Commissioner's decision.
This action is dismissed. The Clerk shall close this case.

This Judgment Filed and Entered on September 25, 2024 with service on:
Lindsay Osterhout (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK


/s/ Carson B. Pendergrass
(By): Carson B. Pendergrass, Deputy Clerk